(07/23)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In re: )
)
**Orlandis Santonio Hunter Burris** )   Case No. _____
)
)   Chapter 13
Debtor(s) )

## APPLICATION FOR BASE FEE

NOW COMES the undersigned attorney for the Debtor(s) and makes application for payment of attorney's fees.

The undersigned seeks the presumptive base fee under standing order of the Court and believes that $ **5,950.00** is a fair and reasonable fee for services to the Debtor(s) required by Local Rule 9011-1 and has received from the Debtor(s) $ **427.00**, with $ **5,523.00** remaining to be paid.

No agreements have been made and no understanding exists for a division of fees between the undersigned and the Trustee or between the undersigned and the Debtor(s).

No compensation has been paid or promised and no property has been transferred or promised to the undersigned as compensation for services rendered or to be rendered in connection with this case, other than as set forth herein. Except as specially noted hereon, the undersigned has neither shared nor agreed to share compensation with any other person other than the members or regular associates of the law firm with which the undersigned is associated.

☑ *Certification for Enhanced Fee*. If this box is checked, it serves as a certification that the attorney(s) responsible for representation of the Debtor(s) in this case, including at hearings and at the meeting of creditors, has/have attended at least 7 hours of bankruptcy-related continuing legal education in the 12 months preceding the petition date in this case.

WHEREFORE, the undersigned prays that an order be entered allowing a fee of $ **5,950.00**, with the balance of $ **5,523.00** to be paid through the disbursements by the Trustee.

Date: **January 10, 2025**                                  /s/ Edward C. Boltz for LOJTO
                                                            **Edward C. Boltz for LOJTO 23003**
                                                            Attorney for Debtor(s)
                                                            **23003 NC**
                                                            State Bar Code No.

## CERTIFICATE OF MAILING

This is to certify that I have this day served a copy of the Application for Base Fee on the Chapter 13 Trustee.

Date: **January 10, 2025**                                  /s/ Edward C. Boltz for LOJTO
                                                            **Edward C. Boltz for LOJTO 23003**